IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:
Alfreemon Flowers and
Kamaria Flowers,　　　　　　　　　　　　Chapter 13

　　　　　Debtor(s)　　　　　　　　　　Case No. 10-20014-SVK

NOTICE OF REQUIREMENT FOR RESPONSE TO
INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS

　　　　PLEASE TAKE NOTICE that Attorney Michael J. Watton, Debtors' Counsel of Record, has filed an Interim Application for Compensation and Reimbursement for Attorneys' Fees and Costs ("Application") in the total amount of $5,871.21, representing $5,671.50 in attorneys' fees and $199.71 in costs from case inception through January 30th, 2014. If you have an objection/response to the Application, you are required to file that objection/response within twenty-one (21) days of the date of this notice. Your objection/response should be filed with:

　　　　　　　Clerk of United States Bankruptcy Court
　　　　　　　　　Room 126, U.S. Courthouse
　　　　　　　　　517 East Wisconsin Avenue
　　　　　　　　　　Milwaukee, WI 53202

You must also mail a copy of your objection/response to:

　　　　　　　　　　Watton Law Group
　　　　　　　　700 North Water Street, Suite 500
　　　　　　　　　　Milwaukee, WI 53202

If you do not file a timely objection/response, the Court may sign the order approving the Application.

　　　　PLEASE TAKE FURTHER NOTICE that a hearing will be scheduled on any timely objection/response. Notice of the hearing will be provided to the objection party and any other interested parties.

January 30th, 2014　　　　　　　　　　/s/Timothy H. Hassell (for)
Date　　　　　　　　　　　　　　　　　Michael J. Watton, Esq.
　　　　　　　　　　　　　　　　　　　Watton Law Group
　　　　　　　　　　　　　　　　　　　700 North Water Street, Suite 500
**Michael J. Watton, Esq.**　　　　　　　　Milwaukee, WI 53202
**Watton Law Group**
**700 North Water Street**
**Suite 500**
**Milwaukee, WI 53202**
**Telephone (414) 273-6858**
**Facsimile (414) 273-6894**